IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| | **ORDER RELATING CASES** |
| This Order Relates To:<br>23-cv-04940-JST<br>23-cv-04175-VC<br>23-cv-04299-VC<br>23-cv-04306-VC<br>23-cv-04617-VC<br>23-cv-04643-VC<br>23-cv-04731-VC<br>23-cv-04939-VC<br>23-cv-04723-JD<br>23-cv-03951-JD | |

Having reviewed several sua sponte referrals pursuant to Civil Local Rule 3-12(c), see Dkts. 23–25, the Court finds that the above-captioned cases are related to In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation, Case No. 23-md-3084. The Court therefore reassigns the above-captioned cases to itself.

**IT IS SO ORDERED.**

Dated: October 23, 2023

CHARLES R. BREYER
United States District Judge